PER CURIAM. The substantial questions presented by the appeal in this case have been passed upon in the case of plaintiff's fellow passenger. Toomey v. Same Defendant, 4 Misc. Rep. 392, 24 N. Y. Supp. 108. For the reasons assigned in that case upon which the verdict in favor of the plaintiff was sustained, and there being no new question in the present case which deserves special notice, the judgment and order should be affirmed, with costs.

---

### PIEPGRAS v. EDMONDS et al.

(Superior Court of New York City, General Term. December 29, 1893.)

Action by Henry Piepgras against Walter D. Edmonds and others.
Argued before FREEDMAN and McADAM, JJ.

Geo. A. Black, for appellant.
T. C. Byrnes and Geo. Gordon Battles, for respondents.

PER CURIAM. The judgment appealed from must be affirmed, with costs, on the opinion of the court below. 25 N. Y. Supp. 961.

---

### ROTH, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant.

(Superior Court of New York City, General Term. December 29, 1893.)

Action by David Roth against the Dry Dock, East Broadway & Battery Railroad Company.
Argued before FREEDMAN and GILDERSLEEVE, JJ.

J. M. Scribner, for appellant.
M. J. Katz, for respondent.

FREEDMAN, J. There was no error in the refusal of the trial judge to dismiss the complaint, or to direct a verdict in favor of the defendant. Upon all the facts disclosed, the case was clearly one for the jury, and, upon due examination, we cannot say that the verdict which was rendered in favor of the plaintiff is contrary to the evidence, or against the weight of the evidence, or excessive in amount. The defendant's exceptions are clearly untenable. The judgment and order should be affirmed, with costs.

---

### SAUNDERS, Appellant. v. TIMKEN, Respondent.

(Superior Court of New York City, General Term. December 29, 1893.)

Action by Suzanna Saunders against Mary A. Timken.
Argued before FREEDMAN and GILDERSLEEVE, JJ.

V. W. Kingsley, for appellant.
F. C. White, for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.

---

### BURKE, Respondent, v. UNITED CLOAK & SUIT CUTTERS' BENEVOLENT & PROTECTIVE ASS'N OF NEW YORK, Appellant.

(City Court of New York, General Term. December 8, 1893.)

Action by Dion W. Burke against the United Cloak & Suit Cutters' Benevolent & Protective Association of New York and vicinity.
Argued before McCARTHY and NEWBURGER, JJ.